# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   26-mj-4158 |
| | ) | |
| WILLIAM ANTONIO SOUTHERN | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 7,2026 _____ in the county of _____ Davidson _____ in the _____ Middle _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(i) | Arson |

This criminal complaint is based on these facts:

See Attached affidavit

☑ Continued on the attached sheet.

/s/ Adrienne N. Martinez
*Complainant's signature*

Adrienne N. Martinez (ATF)
*Printed name and title*

Sworn to me remotely by telephone, in compliance with
Fed. R. Crim. P. 4.1.

Date:  _____ May 22, 2026 _____

*Judge's signature*

City and state:  _____ Nashville, Tennessee _____  U.S. Magistrate Judge Luke A. Evans
*Printed name and title*

<u>**STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Adrienne Martinez, a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), being first duly sworn, state as follows:

<u>**INTRODUCTION AND AGENT BACKGROUND**</u>

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives and have been employed in that capacity since 2018. As an ATF agent, I have attended training at the Federal Law Enforcement Training Center in Brunswick, Georgia. Prior to my employment with ATF, I was a police officer for five years in Sterling, Illinois, for the Sterling Police Department. I have been trained in conducting investigations for violations of the federal firearms laws, the Controlled Substances Act, fire investigations, and other violations of federal law, including gang, racketeering, and violence-related offenses.

2.      As a result of my assignments, I have received specialized training in the field of firearms, narcotics, fire investigation, and violent criminal investigations. I am familiar with the methods of operation employed by firearms and narcotics traffickers, and violent offenders operating at local, state, national, and international levels, including the use, distribution, storage, and transportation of firearms and illegal firearm purchases.

3.      In 2021, I became a member of ATF's National Response Team. As part of my duties on the National Response Team, I have assisted with investigations involving fires and explosions. I have taken fire-investigation courses including Advanced Arson and Explosives Investigations for Agents and Fundamentals of Fire Investigation. I have completed online training courses related to fire investigations. In 2023, I obtained a certification for Fire Investigation Technician (FIT) through the International Association of Arson Investigators (IAAI).

4.      I make this statement in support of a Criminal Complaint and seeking an arrest warrant for William Antonio **SOUTHERN** for the offense of Arson of Property Affecting Interstate Commerce, in violation of Title 18, United States Code, Section 844(i).

5.      The facts contained in this statement are based on my personal observations, my training and experience, information obtained from other ATF agents, local law enforcement officers, local fire investigators, victims, and witnesses. I have personally participated in the investigation set forth below. I am familiar with the facts and circumstances of the investigation through my personal participation, from discussions with other ATF agents, local fire investigators and other law enforcement agencies, and from my review of records and reports concerning the investigation. This statement does not provide each and every detail known by me regarding this investigation but rather provides information necessary to establish probable cause for the arrest of **SOUTHERN** for the offense outlined in the preceding paragraph.  Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

### **PROBABLE CAUSE**

### **Commercial Structure Fire on April 7, 2026, at Citgo in Nashville, Tennessee**

6.      On or about April 7, 2026, at approximately 4:38 a.m., the Nashville Fire Department ("NFD") responded to a commercial structure fire at Citgo, located at 701 Dickerson Pike, Nashville, Tennessee ("the business"). The structure was a commercial building, open to the public and operating as a gas station. After the arrival of suppression units, NFD requested fire investigators to respond.

7.      NFD investigators conducted a scene examination to determine the origin and cause of the fire. During the scene examination investigators found the business had sustained fire damage to most of the structure. Smoke and water damage affected portions of the structure as

well. The origin of the fire was determined to be outside the building near the structure wall of the business located in the back alleyway.

8. The National Fire Protection Association ("NFPA") 921: Guide for Fire and Explosion Investigations 2024 edition, defines "competent ignition source" as "[a]n ignition source that has sufficient energy and is capable of transferring that energy to the fuel long enough to raise the fuel to its ignition temperature." NFPA 921 section 3.3.124 defines "Incendiary Fire" as "[a] fire that is intentionally ignited in an area or under circumstances where and when there should not be a fire." Investigators determined there were no ignition sources, such as electrical wiring, appliances, or other potential accidental causes, near the area where the fire originated that could raise the structure to its ignition temperature. Instead, evidence suggested that the fire was intentionally ignited. As a result, investigators classified the fire as incendiary after determining that none of the ignition sources present outside the building were competent ignition sources for the fire.

## Interview with J.H. on April 7, 2026

9. On April 7, 2026, NFD investigators spoke with J.H. J.H. told investigators the subject who started the fire was known in the area as "Tony." J.H. described Tony as bald with a full beard, in his late 40's. J.H. was present when Tony started the fire. J.H. said Tony initially used some paper and some plastic chips. J.H. reported that Tony broke them up and started piling them up on the fire. He said that Tony then set a trash can on fire. Tony left and returned with a beer can containing liquid, which Tony started splashing against the building. J.H. reported that it was at that time that fire started crawling up the building. When the fire got into the roof, Tony left the area down the alley. J.H. spoke with the news and told them a similar version of what occurred.

<u>**Interview with Owner V.P.**</u>

10.     On April 8, 2026, I conducted an interview with the owner of the business, V.P. V.P. provided written consent to search for the DVR/NVR that was inside of the Citgo business at the time of the fire. Video was subsequently recovered which captured the fire.

<u>**Interviews with Citgo Employees**</u>

11.     On May 12, 2026, I participated in conducting an interview with a Citgo employee, N.V. N.V. provided a photograph he took of a subject inside the business who N.V. explained was swearing at a co-worker, G.C., and creating a disturbance on the evening of April 6, 2026. Employees asked the individual in the photograph to leave following the disturbance. The photograph taken by N.V., included below, was date and time-stamped April 6, 2026, 10:17 p.m. N.V. reported that he was still working inside the business when the fire occurred hours later on April 7, 2026.



12.     On May 12, 2026, I participated in conducting an interview with G.C. G.C. was shown a screen shot obtained from the Citgo video surveillance footage from the morning of April 7, 2026, which is depicted below. G.C. identified the person in the photograph as the subject who

tried to fight with him inside the business on the evening of April 6, 2026. G.C. reported that he was still inside the business when the fire occurred on April 7, 2026.



### Review of Citgo Video Surveillance Footage

13. I conducted a preliminary review of April 6, 2026, video surveillance footage from Citgo. The photos below show that at approximately 10:12 p.m., a subject, identified as William Antonio **SOUTHERN**, was inside the business.



14.     I also reviewed April 7, 2026, video surveillance footage from the business.

15.     Surveillance video shows that at approximately 1:09 a.m., a subject, later identified as **SOUTHERN** appeared on camera, outside of the business. **SOUTHERN** appeared to be wearing dark-colored clothing and tan/brown shoes/boots- similar to the clothing he wore when he entered the business hours prior and argued with G.V. **SOUTHERN** appeared to light a cigarette or similar item.

16.     At approximately 1:15 a.m., the cameras captured **SOUTHERN** still in the back alleyway behind the Citgo.

17.  The pictures provided below were obtained from an interior camera of the business and show **SOUTHERN** inside Citgo at approximately 1:25 a.m.



18. At approximately 2:23 a.m., the alleyway camera depicted **SOUTHERN** in the alley located behind the structure.

19. At approximately 3:59 a.m., the alleyway camera depicted **SOUTHERN** next to what appeared to be a trashcan. **SOUTHERN** appeared to light an unknown item on fire and place it near the wall of the structure. Another individual identified as J.H. was also observed on the alleyway camera.

20. At approximately 4:12 a.m., the alleyway camera showed **SOUTHERN** appearing to kick the trashcan closer towards the structure and into the area of where the fire was located. **SOUTHERN** was observed taking what appeared to be a nearby cinderblock to the area of where the fire was located.

21. At approximately 4:24 a.m., **SOUTHERN** was observed in the alley on the cameras appearing to talk meet with another individual and then walked to the front of the Citgo.

22. At approximately 4:34 a.m., another individual, identified during the investigation as J.L.H., was observed on camera outside of the business and going around to the back alleyway. J.L.H. then appeared to run back to the front of the store and go inside. J.L.H. is then seen coming out of the business with Citgo employee N.V., with what appeared to be a fire extinguisher. Both

J.L.H. and N.V. are seen on surveillance video going to the alleyway and attempting to use the fire extinguisher to put out the fire.

23.     At approximately 4:35 a.m., **SOUTHERN** was observed on camera in the alleyway located behind the structure near the fire. **SOUTHERN** appeared to take a drink from a container he had with him and throw the item into the area of where the fire was. **SOUTHERN** walked away from the fire down the alleyway.



### **Identification of William Antonio SOUTHERN**

24.     On or about May 5, 2026, ATF received information from a Metropolitan Nashville Police Department (MNPD) officer that the subject depicted in the Citgo video surveillance footage looked like William Antonio **SOUTHERN**. Utilizing the State of Tennessee Integrated Criminal Justice Portal, social media, and an article located online, I located photographs and compared them to the subject depicted in the Citgo video surveillance footage. The subject depicted in the photographs appear to be the same person as the subject in the Citgo surveillance

footage from April 6 and 7, 2026. Based on all the evidence, it is my belief that this subject is **SOUTHERN**.

### Interview with William Southern on May 21, 2026

25. On May 21, 2026, investigators observed a subject matching the physical description of William Antonio **SOUTHERN** in the parking lot and then entering the Industrial Staffing of Tennessee business located on Dickerson Pike in Nashville, Tennessee. The Industrial Staffing business was located approximately 0.6 miles from Citgo. A short time later, **SOUTHERN** exited the business and investigators made contact with **SOUTHERN**. Investigators observed that **SOUTHERN** matched the physical description of the subject depicted in the Citgo video surveillance footage. **SOUTHERN** appeared to be wearing similar clothing, dark colored pants, a black hooded sweatshirt, and had a brown wallet, when compared to the surveillance footage from April 6 and April 7, 2026. **SOUTHERN** was Mirandized and interviewed. **SOUTHERN** said he would go to Citgo about two to three times a week to play on the game machines. During the interview, Agents showed **SOUTHERN** the Citgo surveillance video photographs/screenshots from April 6 and April 7, and **SOUTHERN** identified himself in those photographs/screenshots. However, **SOUTHERN** denied starting the fire.

### Interstate Commerce

26. According to Citgo's website, "CITGO Petroleum Corporation is a refiner, transporter and marketer of motor fuels, lubricants, petrochemicals and other industrial products." Additionally, the website stated, "CITGO branded marketers sell motor fuels through more than 4,000 independently owned, branded retail outlets." CITGO Petroleum Corporation is headquartered in Houston, Texas, and has three refineries located in Lake Charles, Louisiana, Lemont, Illinois, and Corpus Christi, Texas. During an interview with Citgo owner, V.P.,

investigators were informed the business received inventory from vendors for cigarettes, beer, gas, Coke, Pepsi, other merchandise and they also had game machines located in the store.

27. All the events described occurred in Davidson County, which is located in the Middle District of Tennessee.

28. Based on the foregoing facts, I submit that there is probable cause to believe that William Antonio **SOUTHERN** committed the offense of Arson of Property Affecting Interstate Commerce, in violation of Title 18, United States Code, Section 844(i).